IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICHOLAS HOLLIS                                                           PETITIONER
ADC # 114535

VS.                          5:05CV00004-WRW-BD

LARRY NORRIS, Director,
Arkansas Department of Correction                                         RESPONDENT

## ORDER

Nicholas Hollis filed a petition for writ of habeas corpus (Docket Entry #2) with this Court under 28 U.S.C. § 2254 on January 4, 2005, while confined at the Arkansas Department of Correction (ADC). The Petition seeks only injunctive relief, *i.e.* immediate transfer from the ADC to the Arkansas Department for Community Correction for release on parole. According to information received from the ADC, Petitioner now has been released from the custody of the ADC and is on parole (Docket Entries # 11, 14). Because Petitioner sought only injunctive relief, his petition for writ of habeas corpus appears to be moot.

Petitioner failed to respond to a show-cause order (Docket Entry #15) and to otherwise explain why his Petition for a writ of habeas corpus should not be dismissed as moot. Furthermore, Petitioner has failed to keep the Court informed of his current address as required by Local Rule 5.5(c)(2). (Docket Entries # 11, 14)

Accordingly, it is ORDERED that the petition for writ of habeas corpus (#2) be DISMISSED WITHOUT PREJUDICE, as moot.

DATED this 5th day of April, 2007.

                                            /s/Wm. R. Wilson, Jr.
                                     UNITED STATES DISTRICT JUDGE