# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**NICHOLAS HOLLIS**  **PETITIONER**
**ADC # 114535**

**VS.**               **5:05CV00004-WRW-BD**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**               **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. §2254 petition for writ of habeas corpus without prejudice.

IT IS SO ORDERED this 5th day of April, 2007.

                                            /s/Wm. R. Wilson, Jr.
                                        UNITE STATES DISTRICT JUDGE